# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>  )<br>Plaintiff )<br>  )<br>vs. )<br>  )<br>Marisa Dalilah Torres )<br>Defendant(s) ) | CRIMINAL NO. 08CR1716-LAB<br><br>ORDER 08MJ8408<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 885 042 |

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / ~~Order of Court~~).

Jose Alberto Hernandez-Medina
062 91-278
@ ICS.

DATED: 5/27/08

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ OR
         DUSM

W. SAMUEL HAMRICK, JR.  Clerk

by _____ Torres
        Deputy Clerk